UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:                               Case No. 9:11−bk−07194−JPH
                                                      Chapter 7

Gregory Andrew Stranger
aka Gregory A Stranger
aka Greg Stranger
aka Greg A Stranger
aka Greg Andrew Stranger
P.O. Box 1362
Naples, FL 34106

                 Debtor*               /

## NOTICE FIXING DEADLINE TO FILE A PROOF OF CLAIM

NOTICE IS HEREBY GIVEN TO CREDITORS, AND OTHER PARTIES IN INTEREST:

      Pursuant to Fed. R. Bankr. P. 3002(c)(5), creditors are hereby notified that a dividend now appears possible in this case. Therefore, the "Deadline to File a Proof of Claim" in this case is January 3, 2012 . A proof of claim is a signed statement describing a creditor's claim. If you do not file a proof of claim by the "Deadline to File a Proof of Claim" provided herein, you might not be paid any money on your claim against the Debtor in the bankruptcy case. To be paid, you must file a proof of claim, even if your claim is listed in the schedules filed by the Debtor. A proof of claim form is enclosed. However, you can file via the internet by going to the Court's web site at http://pacer.flmb.uscourts.gov/cmecf/proofofclaim.htm and following the instructions under the section Electronic Filing of Proof of Claim Form. <u>Copies of supporting documents, such as statements of account, invoices, ledger cards, etc. should be attached to the proof of claim form. A claim may be filed with, or mailed to, the Clerk of the Bankruptcy Court.</u>

      DATED on September 29, 2011

                         FOR THE COURT
                         Lee Ann Bennett , Clerk of Court

                         801 N. Florida Ave. Suite 555
                         Tampa, FL 33602−3899

      *All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.